UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )   3:09-md-02100-DRH  )  )   MDL No. 2100  ) |

**This Document Relates To:**

| | |
|---|---|
| Mary Guthrie, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al. | No. 11-cv-12549-DRH |
| Pamela Atkinson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al. | No. 11-cv-12034-DRH |
| Trevika Cooke, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al. | No. 11-cv-13151-DRH |
| Chandreika Jordan, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al. | No. 12-cv-10725-DRH |
| Lia Walker, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al. | No. 11-cv-11865-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 24, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/Caitlin Fischer
         **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.03.25 14:24:40 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT